NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CATHERINE A. AVILA,**

*Petitioner*

**v.**

**DEPARTMENT OF AGRICULTURE,**

*Respondent*

---

2025-1151

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-17-0488-I-1.

---

**O R D E R**

Petitioner Catherine A. Avila's documents submitted as Petitioner's appendix for appeal number 24-2073 was inadvertently docketed as the petition for review for 25-1151.

Appeal 25-1151 having been opened in error, it is ORDERED that,

2                          AVILA V. DEPARTMENT OF AGRICULTURE

(1)  Appeal 25-1151 is DISMISSED;

(2) The appendix will be treated as filed in appeal number 24-2073, which will continue.

FOR THE COURT

November 8, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 8, 2024